# IN THE SUPREME COURT OF THE STATE OF NEVADA

EBEN ROGERS,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK;
AND THE HONORABLE ADRIANA
ESCOBAR, DISTRICT JUDGE,
Respondents,
and
THE STATE OF NEVADA,
Real Party in Interest.

No. 78329





## *ORDER DENYING PETITION*

This petition for a writ of mandamus challenges a district court order denying a petition to terminate sex offender registration. Petitioner argues that a stipulation to continue his classification as a Tier 1 sex offender made during litigation challenging sex offender registration mandates that he be relieved of the duty to register as a sex offender pursuant to NRS 179D.490(2) (setting forth a 15-year period for registration as a Tier 1 sex offender). We decline to exercise original jurisdiction in this matter because petitioner has not supported his assertion regarding the stipulation. *See* NRS 34.160; NRAP 21(a)(4). Although petitioner argues that the unqualified language of the stipulation "maintains Petitioner's status as a Tier 1 offender," petitioner has not included a copy of a stipulation referencing a tier level. Rather, petitioner relies upon and provides a copy of a stipulation entered into in state litigation staying the state court proceedings pending the outcome of litigation in federal court,

19-21394

which does not support his assertion regarding the tier level.[1] Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

cc:     Hon. Adriana Escobar, District Judge
        Gary A. Modafferi
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk

---

[1]Petitioner clarified in the proceedings below that he is not a party to the federal litigation and that the federal litigation involved lifetime supervision. Further, letters referencing an agreement regarding implementation of A.B. 579 do not sufficiently support petitioner's assertion regarding the scope of the stipulation.